393 A.2d 35

**ESTATE of Spiros G. PHILLIPS a/k/a Spiros G. Philippopoulos, Deceased.**

**Appeal of Helen GELLOS, Contestant.**

Supreme Court of Pennsylvania.

Nov. 6, 1978.

Jackson M. Sigmon, Sigmon & Ross, Bethlehem, for appellant.

Butz, Hudders & Tallman, Robert G. Tallman, J. Jackson Eaton, III, Allentown, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO and LARSEN, JJ.

## OPINION

PER CURIAM:

Leave to amend the record is granted. Decree affirmed. Each side to pay own costs.